UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LHF PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> HEATHER NELSON, an individual; <br> SVETLANA KUKHAR, an individual; <br> DAVID LEIBENSPERGER, an individual; <br> and LAUREN PUCCI, an individual; <br><br> Defendants. | CASE NO. C16-1017RSM <br><br> ORDER TO SHOW CAUSE |

This matter comes before the Court sua sponte. The above-captioned case was filed on June 30, 2016. The last remaining Defendant against whom judgment has not been entered, Svetlana Kukhar, was ordered in default on March 1, 2017. No activity has taken place since May 12, 2017, when Plaintiff's prior appeal was dismissed for failure to prosecute.

Plaintiff is hereby ORDERED TO SHOW CAUSE why the above-captioned case should not be dismissed for failure to prosecute pursuant to Local Civil Rule 41(b)(1). Plaintiff shall file a responsive brief no later than July 3, 2018. The Clerk of Court is directed to place this Order to Show Cause on the Court's calendar for Friday, July 6, 2018.

Dated this 19 day of June, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER – 1